UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.:  1:20-cv-01101-RP

A. ARTHUR FISHER,

    Plaintiff,

v.

DOSTUFF MEDIA, LLC,

    Defendant.

## MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff A. ARTHUR FISHER ("Fisher") by and through his undersigned counsel, hereby moves this Honorable Court for an extension of time to Defendant to Answer Complaint, and as grounds therefore states as follows:

1.    Fisher filed his Complaint on November 5, 2020.  [DE 1].

2.    Defendant DOSTUFF MEDIA, LLC ("DoStuff") was served on November 10, 2020.  [DE 7], thereby setting a response date of December 1, 2020.

3.    Counsel for the parties are engaged in settlement negotiations and require additional time to come to a conclusion.  The parties request an additional thirty (30) days for DoStuff to respond to Fisher's Complaint, up to and including December 31, 2020.

4.    This is the parties' first request for extension of time.

5.    This request is not made for purposes of delay and will not prejudice either party.

WHEREFORE, Plaintiff A. ARTHUR FISHER prays this Honorable Court for an extension of time for Defendant DoStuff Media, LLC to respond to Plaintiff's Complaint, up to

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

and including December 31, 2020, and for such other and further relief as to this Court deems just and proper in the premises.

DATED: December 1, 2020   Respectfully submitted,

/s/  Joel B. Rothman
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff A. Arthur Fisher*