United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Rothman, Joel Benjamin |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, December 30, 2020 |
| Re: | 01:20-CV-01101-RP / Doc # 9 / Filed On: 12/30/2020 10:21 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Your Certificate of Service indicates ECF service on H. Dale Langley, who has not been added to the docket and therefore has not been served via CM/ECF. Please file an Corrected Certificate of Service as a SEPARATE PLEADING. Use the "Certificate of Service" event under the "Service of Process" menu. State parties served by CM/ECF and the alternate means of service.