UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.:  1:20-cv-01101-RP

A. ARTHUR FISHER,

    Plaintiff,

v.

DOSTUFF MEDIA, LLC,

    Defendant.

_____

## CERTIFICATE OF SERVICE

Plaintiff A. ARTHUR FISHER, by and through his undersigned counsel, hereby certifies that a true and correct copy of the Second Unopposed Motion for Extension of Time was sent by electronic mail this 30th day of December, 2020 to:

Mr. H. Dale Langley
The Law Firm of H. Dale Langley, Jr., PC
1803 West Avenue
Austin, TX 78701
dlangley@iptechlaw.com
Attorney for Do816 LLC

Dated:  January 4, 2021          Respectfully submitted,

          */s/ Joel B. Rothman*
          JOEL B. ROTHMAN
          joel.rothman@sriplaw.com
          CRAIG A. WIRTH
          craig.wirth@sriplaw.com

          **SRIPLAW**
          21301 Powerline Road
          Suite 100
          Boca Raton, FL 33433
          561.404.4350 – Telephone

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

561.404.4353 – Facsimile

*Counsel for Plaintiff A. Arthur Fisher*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 4, 2021, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
Joel B. Rothman

## SERVICE LIST

Mr. H. Dale Langley
The Law Firm of H. Dale Langley, Jr., PC
1803 West Avenue
Austin, TX 78701
dlangley@iptechlaw.com
Attorney for DoStuff Media, LLC